United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PRIMITIVO GUZMAN DE JESUS, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-760 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

For the reasons set out in this court's Memorandum on Dismissal entered this date, this civil action is dismissed without prejudice.

SIGNED on May 11, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge